UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Magaly Ortega                    Case No. 14-34164 LMI
                                        Chapter 13

_____Debtor____/

# APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES
# OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, __Laila Gonzalez, Esq. and the law offices of Freire and Gonzalez, P.A.__, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $ 7,200.00 |
| Total Expenses to be Reimbursed: | $ 144.36 |
| Amount Received To-Date: (exclusive of filing fees) | $ 1,500.00 |
| Amount to be Paid through Plan: | $ 5,500.00 |

1. The amount requested, if allowed, will be paid in full after __40__ monthly payments under the plan.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B".

LF-69 (rev. 12/01/09)

3. Applicant estimates that an additional __.5__ hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:

Draft of Order Granting Fees, Communication with Client

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

The Creditor caused to have prepared an appraisal of the Debtor's vehicle which did not account for the lack of airbag in the Debtor's vehicle, necessitating additonal communication with Creditor's attorney an additional hearings.

5. The source of compensation previously paid to applicant was the inital retainer.

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm. (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

DATED: 3-2-15

_____
Applicant's Signature
Laila S. Gonzalez, Esq.
Name

LF-69 (rev. 12/01/09)

<u>10647 N. Kendall Drive</u>
Address
<u>Miami, FL 33176</u>

<u>305 826-1774</u>
Phone

c: Debtor
   Chapter 13 Trustee