UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Magaly Altagracia Ortega

PROCEEDINGS UNDER CHAPTER 13
Case No.: 14-34164-LMI

Debtor(s)    /

## MOTION TO APPROVE APPLICATION FOR COMPENSATION

COMES NOW, the attorney for the Debtors, and moves this Honorable Court for an Order Approving Compensation and as grounds therefore would show:

1.  Undersigned charged the Debtors $4,000.00 to file the instant bankruptcy. The retainer agreement provides for attorney's fees to be paid at the rate of $425.00 per hour. This case was more complicated than the average case is because the secured creditor was extremely active in the case.

2.  The following time was expended in the course of representing the Debtors in the instant case:

| Date | Description | Atty | Hours | Atty2 | Hours2 |
|---|---|---|---|---|---|
| 06/03/13 | Conference with Client | EF | 0.5 | | |
| 08/25/13 | Conference with Client | EF | 0.5 | | |
| 08/26/13 | Conference with Client | EF | 0.5 | | |
| 11/15/13 | Conference with Client | EF | 0.5 | | |
| 11/18/13 | Letter to client | | | jm | 0.1 |
| 10/24/14 | Conference with Client | EF | 0.5 | | |
| 10/29/14 | Review of petition and schedules | LG | 0.5 | | |
| 10/29/14 | Review of Judgments | LG | 0.3 | | |
| 10/31/14 | Review of Lanning CMI | LG | 0.2 | | |
| 11/02/14 | Email to client | | | fr | 0.2 |
| 11/06/14 | Draft of Motion to Waive WDO | | | Gb | 0.1 |
| 11/12/14 | R&R Claim #2 | LG | 0.2 | | |
| 11/13/14 | Letter to Client | | | Gb | 0.1 |
| 11/13/14 | Review of State Court Docket | | | Gb | 0.2 |
| 11/19/14 | Draft and Final Form Motion to Value | LG | 0.2 | | |
| 11/19/14 | Letter to Nancy K. Neidich & Revision of docs | LG | 0.2 | | |
| 11/19/14 | Letter to Nancy K. Neidich & Revision of docs | LG | 0.4 | | |
| 11/19/14 | Call to Leslie G re: Appraisal & Rev of Obj to Conf. | LG | 0.2 | | |
| 11/19/14 | R&R claim #3 | | | Gb | 0.1 |
| 12/02/14 | Review of file | LG | 0.3 | | |
| 12/02/14 | R&R Notice of Deficiency ECF #25 | LG | 1.0 | | |
| 12/03/14 | Call to Client re: docs | LG | 0.2 | | |
| 12/08/14 | Letter to Nancy K. Neidich & Revision of docs | LG | 0.2 | | |
| 12/11/14 | Attendance at 341 and copies with client | LG | 0.8 | | |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 12/12/14 | R&R Notice of Deficiency ECF #27 | LG | 0.2 |
| 12/13/14 | Letter to client | Gb | 0.2 |
| 12/17/14 | Letter to Nancy K. Neidich & Revision of docs | LG | 0.3 |
| 12/31/14 | R&R Notice of Deficiency ECF #28 | LG | 0.2 |
| 01/06/15 | Attendance at Motion to Value | LG | 0.2 |
| 01/06/15 | Attendance at Confirmation hearing | LG | 0.2 |
| 01/06/15 | Attendance at Motion to Waive WDO | LG | 0.2 |
| 01/13/15 | Call to Appraiser Josh Rose | LG | 0.2 |
| 01/13/15 | Call to and from client re: Appraisal | LG | 0.2 |
| 01/19/15 | R&R Email from Theresa Byington | LG | 0.2 |
| 01/20/15 | R&R Claim #4 | LG | 0.2 |
| 01/21/15 | Call to and From Theresa Byington re: Appraisal | LG | 0.2 |
| 01/23/15 | Call to Theresa Byington re: Appraisal | LG | 0.2 |
| 01/26/15 | R&R Notice of Deficiency ECF #34 | LG | 0.2 |
| 01/28/15 | Call to D.Levine re: Appraisal | LG | 1.0 |
| 01/29/15 | Draft and Final Form Amended Motion to value | LG | 0.2 |
| 02/02/15 | Call from D. Levine re: Appraisal | LG | 0.3 |
| 02/03/15 | Attendance at Confirmation hearing | LG | 0.2 |
| 02/03/15 | Attendance at Motion to Value (waited for judge) | LG | 1.0 |
| 02/04/15 | Notice of Hearing | LG | 0.2 |
| 02/06/15 | Draft of Application for Compensation | LG | 0.9 |
| 02/06/15 | Call from R.Acosta re: Appraisal | LG | 0.2 |
| 02/17/15 | Draft of Application for Compensation | LG | 0.5 |
| 02/26/15 | Revision of Application for Compensation | LG | 0.2 |
| 02/26/15 | Call to client re: MTV | EF | 0.2 |
| 02/26/15 | Draft of 1AP | EF | 0.2 |
| 02/26/15 | R&R Notice of Deficiency (ECF #39) | LG | 0.1 |
| 03/02/15 | Review of Calender notes and Call to NN | LG | 0.2 |
| 03/02/15 | Review calender and call to NN | LG | 0.2 |
| 03/03/15 | Attendance @ Motion to Value | LG | 0.2 |
| 03/03/15 | Attendance at Continued Confirmation hearing | LG | 0.2 |
| 04/07/15 | Attendance at Continued Confirmation hearing | LG | 0.2 |
| 04/06/15 | Review of Calender notes | LG | 0.1 |
| 11/30/19 | LF97 | LG | 0.2 |

Total Attorney Hours:   16.4   at  $425.00  an hour for a total of   $6,970.00
Total Attorney Hours:   0.7    at  $275.00  an hour for a total of   $192.50
Total Secretary Hours:  0.3    at  $125.00  an hour for a total of   $37.50

## COSTS

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 08/25/13 | Copies | 30 @ | 0.15 | $4.50 |
| 08/25/13 | Copies | 28 @ | 0.15 | $4.20 |

| Date | Description | Qty | | Rate | Notes | Amount |
|---|---|---|---|---|---|---|
| 11/15/13 | Copies | 1 | @ | 0.15 | | $0.15 |
| 11/18/13 | Copies | 1 | @ | 0.15 | | $0.15 |
| 02/03/14 | Copies | 1 | @ | 0.15 | | $0.15 |
| 09/05/14 | Copies | 15 | @ | 0.15 | | $2.25 |
| 09/15/14 | Accurint | 1 | @ | 15.2 | | $15.20 |
| 10/28/14 | Copies | 1 | @ | 0.15 | | $0.15 |
| 10/29/14 | Copies | 27 | @ | 0.15 | | $4.05 |
| 10/29/14 | Copies | 1 | @ | 0.15 | | $0.15 |
| 10/30/14 | Copies | 3 | @ | 0.15 | | $0.45 |
| 10/30/14 | Copies | 77 | @ | 0.15 | | $11.55 |
| 10/31/14 | Copies | 2 | @ | 0.15 | | $0.30 |
| 10/31/14 | Copies | 12 | @ | 0.15 | | $1.80 |
| 11/02/14 | Copies | 19 | @ | 0.15 | | $2.85 |
| 11/05/14 | Copies | 8 | @ | 0.15 | | $1.20 |
| 11/06/14 | Copies | 12 | @ | 0.15 | | $1.80 |
| 11/12/14 | Copies | 10 | @ | 0.15 | | $1.50 |
| 11/13/14 | Copies | 9 | @ | 0.15 | | $1.35 |
| 11/13/14 | Copies | 14 | @ | 0.15 | Postage  0.45  X  14 | $8.40 |
| 11/15/14 | Copies | 5 | @ | 0.15 | | $0.75 |
| 11/17/14 | Copies | 4 | @ | 7.6 | | $30.40 |
| 11/18/14 | Copies | 2 | @ | 0.15 | | $0.30 |
| 11/19/14 | Copies | 40 | @ | 0.15 | Postage  1.61  X  1 | $7.61 |
| 11/19/14 | Copies | 63 | @ | 0.15 | | $9.45 |
| 11/19/14 | Copies | 3 | @ | 0.15 | | $0.45 |
| 11/19/14 | Copies | 12 | @ | 0.15 | | $1.80 |
| 11/19/14 | Copies | 7 | @ | 0.15 | | $1.05 |
| 11/19/14 | Copies | 11 | @ | 0.15 | | $1.65 |
| 11/20/14 | Copies | 1 | @ | 0.15 | | $0.15 |
| 11/20/14 | Copies | 5 | @ | 0.15 | | $0.75 |
| 12/02/14 | Copies | 1 | @ | 0.15 | | $0.15 |
| 12/03/14 | Copies | 1 | @ | 0.15 | | $0.15 |
| 12/08/14 | Copies | 3 | @ | 0.15 | | $0.45 |
| 12/08/14 | Copies | 12 | @ | 0.15 | | $1.80 |
| 12/12/14 | Copies | 1 | @ | 0.15 | | $0.15 |
| 12/13/14 | Copies | 2 | @ | 0.15 | | $0.30 |
| 12/17/14 | Copies | 2 | @ | 0.15 | | $0.30 |
| 12/17/14 | Copies | 8 | @ | 0.15 | | $1.20 |
| 12/31/14 | Copies | 1 | @ | 0.15 | | $0.15 |
| 01/01/15 | Copies | 21 | @ | 0.15 | | $3.15 |
| 01/06/15 | Copies | 1 | @ | 0.15 | | $0.15 |
| 01/06/15 | Copies | 1 | @ | 0.15 | | $0.15 |
| 01/08/15 | Copies | 4 | @ | 0.15 | | $0.60 |
| 01/20/15 | Copies | 12 | @ | 0.15 | | $1.80 |
| 01/21/15 | Copies | 2 | @ | 0.15 | | $0.30 |
| 01/26/15 | Copies | 1 | @ | 0.15 | | $0.15 |
| 01/29/15 | Copies | 7 | @ | 0.15 | | $1.05 |

| | | | | | |
|---|---|---|---|---|---|
| 02/02/15 | Copies | 1 @ | 0.15 | | $0.15 |
| 02/04/15 | Copies | 6 @ | 0.15 | | $0.90 |
| 02/26/15 | Copies | 1 @ | 0.15 | | $0.15 |
| 03/02/15 | Copies | 1 @ | 14.5 | | $14.50 |
| 12/03/15 | Copies | 1 @ | 0.15 | | $0.15 |

TOTAL:   $144.36

WHEREFORE for the above reason Debtors pray this Honorable Court award   $6,970.00   in fees at $425.00 per hour,   $192.50   in fees at $275.00 per hour, hours are for paralegal fees denoted as (db&jb) on the instant motion for fees of $125.00 per hour in the amount o   $37.50   and costs in the amount of   $144.36   for a total amount of .   $7,344.36

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __12__ day of __March__ 2015, a copy and the accompanying Notice of Hearing is simultaneously being mailed to **Nancy K. Neidich, Trustee**, (Via NEF) and **Debtor** in the instant case via first class mail.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[/]Laila S. Gonzalez, Esq. FBN: 0975291
10647 N. Kendall Drive
Miami, FL 33176
Phone (305) 826-1774
Fax (305) 826-1794