UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Case No.: 14-34164-LMI

Magaly Altagracia Ortega, Chapter 13

Debtor.
______________________/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the **ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY** was simultaneously mailed on 13th day of March, 2015, to **Gateway One Lending & Finance, LLC., c/o Dennis J. LeVine, Esq.,** via NEF and **Debtor,** via first class mail.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

______________________________

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[ ] Laila S. Gonzalez, Esq. FBN: 0975291
[X] Gianny Blanco, Esq. FBN: 0078080
10647 N Kendall Dr
Miami, FL 33176
Tel: 305-826-1774
Fax: 305-826-1794
courtdoc@fgbkc.com