

ORDERED in the Southern District of Florida on April 18, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Magaly Altagracia Ortega          PROCEEDINGS UNDER CHAPTER 13
                                          Case No.: 14-34164-LMI

          Debtor(s)   /

### ORDER GRANTING APPLICATION APPROVING DEBTOR'S ATTORNEYS FEES

THIS CAUSE came on for hearing on the 7th day of April, 2015 on Debtor's Motion to Approve Debtor's Attorneys Application for Compensation, and based on the record, it is:.

**ORDERED** and **ADJUDGED**,

1   Debtor's counsel, Edward Freire of Freire & Gonzalez, P.A. is awarded $7,344.36 for representation of the Debtor(s) $ 5,500.00 is to be paid through the plan. Should the plan be amended or modified in the future Debtor's counsel shall add the additional $344.36 to the plan to be paid to Edward Freire, Esquire of Freire & Gonzalez, P.A.

# # #

Copies furnished
Freire & Gonzalez, Esq.
Magaly Altagracia Ortega

The movant, or movant's counsel, Freire & Gonzalez, P.A., shall serve a copy of this Order to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.