**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Case No.: 14-34164-LMI

Magaly Altagracia Ortega, Chapter 13

Debtor.
______________________________/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the **ORDER GRANTING APPLICATION FOR COMPENSATION** was mailed on 28 day of April, 2015, Nancy K. Neidich, Chapter 13 Trustee via NEF and **Debtor** via first class mail.

______________________________
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq., FBN: 0078080
10647 North Kendall Drive
Miami, FL 33176
Ph: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com